**STERNS & WEINROTH,**
A Professional Corporation
50 West State Street, Suite 1400
Trenton, New Jersey 08607-1298
Telephone: (609) 392-2100
Facsimile: (609) 392-7956
*Attorneys for Plaintiffs-Intervenors*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARNIE GLOVER,<br>Individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>ATHENA HOHENBERG and<br>LAURA RUDE-BARBATO,<br>Individually, and on behalf of all others similarly situated,<br><br>Intervening Plaintiffs,<br><br>v.<br><br>FERRERO U.S.A, Inc.<br><br>Defendant. | Civil Action No. 3:11-cv-01086(FLW)(DEA)<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J.<br><br>**DOCUMENT FILED<br>ELECTRONICALLY**<br><br>**NOTICE OF MOTION TO INTERVENE TO FILE A MOTION TO DISMISS; AND MOTION FOR AN ORDER SHORTENING TIME** |

**TO:**

Carl Case Beckwith (CB 9044)
**BECKWITH & WOLF, LLP**
Renaissance Office Center
15 Engle Street
Suite 104
Englewood, NJ 07631
Telephone: 201-567-4486
(for Plaintiff Marnie Glover)


Josepeh P. Guglielmo
Judith S. Scolnick
**SCOTT + SCOTT, LLP**
500 Fifth Avenue, 40th floor
New York, NY 10110
Telephone: 212-223-6444
(for Plaintiff Marnie Glover)

Christopher M. Burke
Hal D. Cunningham
**SCOTT + SCOTT, LLP**
700 Broadway, Suite 1000
San Diego, California 92101
Telephone: 619-233-4565
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Telephone: 212-497-7706
(for Plaintiff Marnie Glover)

Greg Davis
**GREG DAVIS, LLC**
6987 Halcyon Park Drive
Montgomery, AL 36117
Telephone: 334-823-9080
(for Plaintiff Marnie Glover)

Tonia Ouellette Klausner
**WILSON SONSINI GOODRICH & ROSATI**
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212-999-5800
(for Defendant Ferrero, USA, Inc.)

Keith E. Eggleton
Dale R. Bish
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650-493-9300
(for Defendant Ferrero, USA, Inc.)

Colleen Bal
**WILSON SONSINI GOODRICH & ROSATI**
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: 415-947-2000
(for Defendant Ferrero, USA, Inc.)

**PLEASE TAKE NOTICE THAT** that on June 6, 2011, at 10:00am or as soon thereafter as counsel may be heard, the undersigned, attorneys for Plaintiffs-Intervenors Athena Hohenberg ("Hohenberg"), on behalf of herself, all others similarly situated, and the general public, and Laura Rude-Barbato, ("Rude-Barbato"), on behalf of herself, all others similarly situated, and the general public, (collectively, "Plaintiffs-Intervenors"), shall move before the Honorable Freda L. Wolfson, U.S.D.J., United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, pursuant to Federal Rules of Civil Procedure 24(a) and/or (b) for entry of an Order granting Plaintiffs-Intervenors' motion to intervene in the above-captioned action as party plaintiffs and to seek leave to file a motion to dismiss on shortened notice ("Motion").

**PLEASE TAKE FURTHER NOTICE THAT** that in support of this Motion, Plaintiffs-Intervenors will reply upon the Memorandum of Points and Authorities in Support of Motion to Intervene, the concurrently-filed declaration of Gregory S. Weston, all prior proceedings had, the papers on file in these matters, and any oral argument presented by counsel, as well as upon all other matters upon which this Court may take judicial notice, or as may be presented at the hearing on the motion.

A proposed form of Order is submitted herewith.

Oral argument is requested.

                                **STERNS & WEINROTH**
                                A Professional Corporation
                                *Attorneys for Plaintiffs-Intervenors*

                           By: /s/ Karen A. Confoy
                                Karen A. Confoy
                                kconfoy@sternslaw.com

Dated: May 2, 2011

Ronald A. Marron
**LAW OFFICES OF RONALD A. MARRON, APLC**
3636 4th Avenue, Suite 202
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

Gregory S. Weston
**THE WESTON FIRM**
GREGORY S. WESTON
JACK FITZGERALD
888 Turquoise Street
San Diego, CA 92109
Telephone: 858 488 1672
Facsimile: 480 247 4553

**Interim Class Counsel in** *In re Ferrero Litigation*