# EXHIBIT E

**Comparison Chart of Objections by the "Sibley Form Objectors" and Gary Sibley**

| Katie Sibley | Jenny Iriarte | Daniel Sibley | Janis Johnson | Sherri Johnson | Gary W. Sibley |
|---|---|---|---|---|---|
| ECF No. 80 | ECF No. 81 | ECF No. 82 | ECF No. 83 | ECF No. 85 | ECF No. 86 |
| I wish to file an objection. I am a member of the class. I bought Nutella between January 1, 2008 and February 8, 2012. | I wish to file an objection to these proceedings. I am a member of the class as on at least one occasion between January 1, 2008 and February 8, 2012 I purchased a jar of Nutella. | I wish to file an objection to these proceedings. I am a member of the class as at least one occasion between January 1, 2008 and February 8, 2012 I purchased a jar of Nutella. | I wish to file an objection to these proceedings. I am a member of the class as at least one occasion between January 1, 2008 and February 8, 2012 I purchased a jar of Nutella. | I wish to file an objection to these proceedings. I am a member of the class as I purchased a jar of Nutella at least once between January 1, 2008 and February 8, 2012 in the health food aisle at Central Market. I paid approximately $4.50 for it and would not have chosen it or paid that much for it if I had known it was mostly sugar, about as healthy as a candy bar. | See §I at 1 – Objector declares that he has reviewed the Settlement Class definition and is a class member. |
| As a member of the class, I think just publishing the notice is insufficient. I think more efforts should have been made to notify the class of the pendency of this lawsuit. | 1. I think just publishing the notice is insufficient. I think more efforts should have been made to notify the class of the pendency of this lawsuit. | 1. I think just publishing the notice is insufficient. I think more efforts should have been made to notify the class of the pendency of this lawsuit. | 1. I think just publishing the notice is insufficient. I think more efforts should have been made to notify the class of the pendency of this lawsuit. | 1. I think just publishing the notice is insufficient. I think more efforts should have been made to notify the class of the pendency of this lawsuit. | See §II at 1-2 – Objection to Class Notice |
| The settlement is not in the best interest of the class. | As a member of the class I do not believe the settlement is in the best interest of the class for the following reasons: | As a member of the class I do not believe the settlement is in the best interest of the class for the following reasons: | As a member of the class I do not believe the settlement is in the best interest of the class for the following reasons: | As a member of the class I do not believe the settlement is in the best interest of the class for the following reasons: | See §I at 1 – The Settlement is not fair, reasonable, or adequate and Objector objects to the proposed Settlement for the following reasons: |

# Comparison Chart of Objections by the "Sibley Form Objectors" and Gary Sibley

| Katie Sibley | Jenny Iriarte | Daniel Sibley | Janis Johnson | Sherri Johnson | Gary W. Sibley |
|---|---|---|---|---|---|
| ECF No. 80 | ECF No. 81 | ECF No. 82 | ECF No. 83 | ECF No. 85 | ECF No. 86 |
| Why should any money be given to unnamed charities.  The money should go to the class, those who had been harmed by the conduct of Nutella.  It's good, but even the old label told you it wasn't a healthy food. | 2.  Why should any money be given to unnamed charities?  The money should go to the class who had been harmed by the conduct of Nutella. Although I really don't know how anyone could have ever thought Nutella was a healthy product.  It's good, but even the old label told you it wasn't a healthy food. | 2.  Why should any money be given to unnamed charities?  The money should go to the class who had been harmed by the conduct of Nutella. Although I really don't know how anyone could have ever thought Nutella was a healthy product.  It's good, but even the old label told you it wasn't a healthy food. | 2.  Why should any money be given to unnamed charities?  The money should go to the class who had been harmed by the conduct of Nutella. Although I really don't know how anyone could have ever thought Nutella was a healthy product.  It's good, but even the old label told you it wasn't a healthy food. | 2.  Why should any money be given to unnamed charities?  The money should go to the class who had been harmed by the conduct of Nutella. Although I really don't know how anyone could have ever thought Nutella was a healthy product.  It's good, but even the old label told you it wasn't a healthy food. | *See* §III at 2-5 – The Problem with *Cy Pres*<br><br>*See* §IV at 6 – If a consumer did not read the label before – which told the consumer of the high sugar content – what will be different on the new label that will ensure that consumers are more aware. |
| Nutella probably would have changed their advertising anyway. | 3.  Nutella probably would have changed their advertising anyway. | 3.  Nutella probably would have changed their advertising anyway. | 3.  Nutella probably would have changed their advertising anyway. | 3.  Nutella probably would have changed their advertising anyway. | *See* §IV at 6 – As to the television commercials …Class members are left to speculate whether or not the Defendant would have changed the commercials anyway. |
| The so called injunctive relief is really worthless as all Nutella is doing is to agree to follow the law. | 4.  The so called injunctive relief is really worthless as all Nutella is doing is to agree to do what they were supposed to do anyway. | 4.  The so called injunctive relief is really worthless as all Nutella is doing is to agree to follow the law. | 4.  The so called injunctive relief is really worthless as all Nutella is doing is to agree to follow the law. | 4.  The so called injunctive relief is really worthless as all Nutella is doing is to agree to do what they were supposed to do anyway. | *See* §IV at 5 – In the Agreed Injunction, Defendant does no more than agree to follow current law and not misrepresent its services; this is already required under current law. |
| I went to the website and not all of the Court Documents are there.  All Court Documents should be posted on the website, specifically including the time the attorneys claim they spent on this case. | 5.  I went to the website and not all of the Court Documents are there.  All Court Documents should be posted on the website, specifically including the time the attorneys claim they spent on this case and what they're expenses are. | 5.  I went to the website and not all of the Court Documents are there.  All Court Documents should be posted on the website, specifically including the time the attorneys claim they spent on this case. | 5.  I went to the website and not all of the Court Documents are there.  All Court Documents should be posted on the website, specifically including the time the attorneys claim they spent on this case. | 5.  I went to the website and not all of the Court Documents are there.  All Court Documents should be posted on the website, specifically including the time the attorneys claim they spent on this case and what they're expenses are. | |

**Comparison Chart of Objections by the "Sibley Form Objectors" and Gary Sibley**

| Katie Sibley | Jenny Iriarte | Daniel Sibley | Janis Johnson | Sherri Johnson | Gary W. Sibley |
|---|---|---|---|---|---|
| ECF No. 80 | ECF No. 81 | ECF No. 82 | ECF No. 83 | ECF No. 85 | ECF No. 86 |
| The attorney fees are outrageous. They want 3.75 million plus expenses. The class will receive probably about 1.5 million. Looks normal in that the lawyers make all the money. How can I decide whether to agree to the attorney fees when I do not know what work has been done to earn them? | 6. The attorney fees are outrageous. They want 3.75 million plus expenses. The class will receive probably about 1.5 million. Looks normal in that the lawyers make all the money. How can I decide whether to agree to the attorney fees when I do not know what work has been done to earn them? | 6. The attorney fees are outrageous. They want 3.75 million plus expenses. The class will receive probably about 1.5 million. Looks normal in that the lawyers make all the money. How can I decide whether to agree to the attorney fees when I do not know what work has been done to earn them | 6. The attorney fees are outrageous. They want 3.75 million plus expenses. The class will receive probably about 1.5 million. Looks normal in that the lawyers make all the money. How can I decide whether to agree to the attorney fees when I do not know what work has been done to earn them | 6. The attorney fees are outrageous. They want 3.75 million plus expenses. The class will receive probably about 1.5 million. Looks normal in that the lawyers make all the money. How can I decide whether to agree to the attorney fees when I do not know what work has been done to earn them? | *See* §V at 6-7. |
| The Court should require the attorneys to file their fee work hours on the settlement website. | 7. The Court should require the attorneys to file their fee work hours on the settlement website. | 7. The Court should require the attorneys to file their fee work hours on the settlement website. | 7. The Court should require the attorneys to file their fee work hours on the settlement website. | 7. The Court should require the attorneys to file their fee work hours on the settlement website. | |