| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>Donald E. Ecklund<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO<br>5 Becker Farm Rd.<br>Roseland, New Jersey 07068<br>(973) 994-1700 | Joseph P. Guglielmo<br>SCOTT+SCOTT LLP<br>500 Fifth Avenue, 40th Floor<br>New York, NY 10110<br>(212) 223-6444 |

Christopher M. Burke
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
(619) 233-4565

*Counsel for Plaintiffs and Class Counsel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>NUTELLA MARKETING AND SALES<br>PRACTICES LITIGATION | Civil Action No. 11-1086(FLW)(DEA)<br><br>**NOTICE OF MOTION** |

To: All Counsel via ECF

PLEASE TAKE NOTICE that, on August 6, 2012, or as soon as counsel may be heard, Plaintiffs, by and through the undersigned counsel, shall move before the Hon. Douglas Arpert, U.S.M.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 6W, Trenton, NJ 08608, to seal the Expert Report of R. Larry Johnson in accordance with Local Civil Rule 5.3.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, Plaintiffs rely upon the annexed Statement in Lieu of Brief.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Federal Rules of Civil Procedure, a proposed form of Order is attached.

PLEASE TAKE FURTHER NOTICE that the undersigned consents to disposition of this motion on the papers in accordance with Fed. R. Civ. P. 78.

> CARELLA, BYRNE, CECCHI,
> OLSTEIN, BRODY & AGNELLO
> *Counsel for Plaintiff Kaczmarek and Class Counsel*
>
> By:   /s/ James E. Cecchi
>      JAMES E. CECCHI

Dated: July 2, 2012

Christopher M. Burke
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
(619) 233-4565

Joseph P. Guglielmo
SCOTT+SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
(212) 223-6444

*Counsel for Plaintiff Glover and Class Counsel*