| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>Donald E. Ecklund<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO<br>5 Becker Farm Rd.<br>Roseland, New Jersey 07068<br>(973) 994-1700<br><br>Christopher M. Burke<br>SCOTT+SCOTT LLP<br>707 Broadway, Suite 1000<br>San Diego, CA 92101<br>(619) 233-4565 | Joseph P. Guglielmo<br>SCOTT+SCOTT LLP<br>500 Fifth Avenue, 40th Floor<br>New York, NY 10110<br>(212) 223-6444 |

*Counsel for Plaintiffs and Class Counsel*

RECEIVED
JUL 03 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>NUTELLA MARKETING AND SALES<br>PRACTICES LITIGATION | Civil Action No. 11-1086(FLW)(DEA)<br><br>**ORDER** |

This matter having been opened to the Court by way of motion by Plaintiffs for the entry of an Order sealing the Expert Report of R. Larry Johnson ("Report") submitted in support of Response to Objections, Final Approval of Proposed Class Settlement (*see* ECF No. 68) and in support of Application for Award of Attorneys' Fees, Reimbursement of Expenses and Approval of Incentive Awards (*see* ECF No. 69) pursuant to Local Civil Rule 5.3, and the Court having considered Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this ___3rd___ day of ~~August~~ July, 2012,

ORDERED that the Report is hereby sealed.

_____
DOUGLAS E. ARPERT, U.S.M.J.

— unopposed /consent
+ terminate dkt. enty no. 91