UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NUTELLA MARKETING AND SALES PRACTICES LITIGATION | Civil Action No.:<br><br>3:11-cv-01086<br><br>Freda L. Wolfson<br>August 6, 2012<br>Courtroom 5E |

## NOTICE OF MOTION TO INTERVENE OF DANIEL GREENBERG

Daniel Greenberg
GREENBERG LEGAL SERVICES
55 Fontenay Circle
Little Rock, AR  72223
Phone: (501) 588-4245
Email: dngrnbrg@gmail.com

*In Pro Per*

MOTION TO INTERVENE                1

To: All Counsel

PLEASE TAKE NOTICE that, on August 6, 2012, or as soon as the undersigned may be heard, Daniel Greenberg shall move before the Hon. Freda L. Wolfson, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 5E, Trenton, NJ 08608, to permit Greenberg to intervene pursuant to Fed. R. Civ. P. 24(b).

PLEASE TAKE FURTHER NOTICE that, in support of the motion, the undersigned relies upon the Brief in Support of Motion to Intervene.

PLEASE TAKE FURTHER NOTICE that the undersigned has contemporaneously filed Motions to Reconsider the order sealing the Johnson Report, to Strike the Johnson Report, and to in the alternative unseal the Johnson Report and continue the fairness hearing.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Federal Rules of Civil Procedure, a proposed form of Order is attached.

PLEASE TAKE FURTHER NOTICE that, in accordance with Federal Rule of Civil Procedure 24(c), a proposed pleading is attached.

PLEASE TAKE FURTHER NOTICE that the undersigned consents to disposition of this motion on the papers in accordance with Fed. R. Civ. P. 78.

Dated: July 5, 2012                     Respectfully submitted,


                                        /s/ Daniel Greenberg
                                        Daniel Greenberg
                                        55 Fontenay Circle
                                        Little Rock, AR 72223

Telephone: (501) 588-4245
Email: dngrnbrg@gmail.com
*In pro per*

## CERTIFICATE OF SERVICE

The undersigned certifies he caused to be served via FedEx overnight shipment a copy of this Motion to Intervene and accompanying documents upon the following attorneys as indicated in the class notice:

| | |
|---|---|
| Clerk of Court<br>U.S. District Court of the District of New Jersey<br>Clarkson S. Fisher Building & U.S. Courthouse<br>402 East State Street, Room 2020<br>Trenton, NJ 08608 | Chambers of Freda Wolfson<br>U.S. District Court of the District of New Jersey<br>Clarkson S. Fisher Building & U.S. Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |
| Joseph P. Guglielmo<br>Scott & Scott LLP<br>500 Fifth Avenue, 40th Floor<br>New York, NY 10110 | Keith E. Eggleton<br>Colleen Bal<br>Dale R. Bish<br>Wilson Sonsini Goodrich & Rosati P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304 |
| James E. Cecchi<br>Carella, Bryne, Cecchi, Olstein, Brody & Agnello P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068 | |

The undersigned also certifies that he caused to be served via First Class Mail a copy of this Motion to Intervene and accompanying documents upon the following objectors of record:

| | |
|---|---|
| Sherri Johnson<br>7522 Holly Hill Drive, #59<br>Dallas, TX 75231 | Daniel Sibley<br>Katie Sibley<br>5623 Martel Ave.<br>Dallas, TX 75206-5619 |
| Janis Johnson<br>3141 Hood Street, Suite 200<br>Dallas, TX 75219 | Jenny Iriarte<br>2414 N. Akard Street, #701<br>Dallas, TX 75201 |

| | |
|---|---|
| Sylvie Bader<br>1712 North Roosevelt Street<br>Arlington, VA 22205 | John J. Pentz, Esq.<br>19 Widow Rites Lane<br>Sudbury, MA 01776 |
| Chris Andrews<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050 | Amy Ades<br>c/o Lester L. Levy<br>Wolf Popper LLP<br>845 Third Avenue<br>New York, NY 10022 |
| Clark Hampe<br>4063 Dunhaven Road<br>Dallas, TX 75220 | Robert Falkner and Kristen Streeter<br>c/o Forrest S. Turkish<br>595 Broadway, Ground Fl<br>Bayonne, NJ 07002 |
| Agatha Bochenek, Brandon Goodman and Edward Haegle<br>c/o Christopher V. Langone<br>207 Texas Lane<br>Ithaca, NY 14850 | Jim B. Cloudt, Asst. Attorney General<br>Financial and Tax Litigation Division<br>300 W. 15th Street<br>Austin, TX 78701 |
| Gary W. Sibley<br>The Sibley Firm<br>2414 North Akard Street, Suite 700<br>Dallas, TX 75201 | |

I declare under penalty of perjury that the foregoing is true and correct

/s/ *Adam Schulman*                                   July 5, 2012

SIGNATURE                                             DATE