UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceeding

OFFICE:        TRENTON

JUDGE FREDA L. WOLFSON, U.S.D.J.        Date: July 9, 2012

Court Reporter: Vincent Russoniello

TITLE OF CASE:            CIVIL 11-1086(FLW)

IN RE :

NUTELLA MARKETING AND
SALES PRACTICES LITIGATION

APPEARANCES:

James E. Cecchi, Esq for Plaintiff, Stephan Weiss, Esq., Joseph Guglielmo, Esq. Greg Davis, Esq., Erin Green Comite, Esq.,
Keith Eggleton, Esq.,for Defendant
Daniel Greenberg, Esq. Class Member
Lester Levy, Esq. Objector - Amy Ades
Chris Langone, Esq. for Objectors - Agatha Bocherck, Brandon Goodman and Edward Hasele

NATURE OF PROCEEDINGS:

Hearing on MOTION(#68) to Certify Class *and Granting Final Approval of Proposed Class Settlement* by MARNIE GLOVER, JAYME KACZMAREK.
Court Ordered Motion is Granted.

Hearing on MOTION(#69) for Attorney Fees *, Reimbursement of Expenses, and Approval of Incentive Awards* by MARNIE GLOVER, JAYME KACZMAREK.
Court Ordered Motion is Granted in Part; Denied in Part.

Hearing on MOTION(#98) to Intervene by Daniel Greenberg
Court Ordered Motion is Denied as Moot.

Hearing on Motion (#99) to strike by Daniel Greenberg
Court Ordered Motion is Denied as Moot.

Hearing on Motion (#100) for reconsideration by Daniel Greenberg
Court Ordered Motion is Denied as Moot.

Court read Opinion into the record.
Order to be submitted.

COMMENCED: 10:00 A.M.              *Jacqueline Gore*
TIME ADJOURNED: 1:00 P.M.          Deputy Clerk
TOTAL TIME: (3 hours)