UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

NUTELLA MARKETING AND SALES
PRACTICES LITIGATION

Case No.: 3:11-cv-01086-FLW-DEA

### NOTICE OF APPEAL

RECEIVED
AUG 29 2012
AT 8:30_____M
WILLIAM T. WALSH, CLERK

To The Honorable District Judge:

Notice is hereby given by Sherri Johnson, Janis Johnson, Jenny Iriarte, Katie Sibley, Daniel Sibley and Gary W. Sibley, Class Members and Objectors, hereby appeals to the United States Court of Appeals for the 3rd Circuit from the Order Granting Final Approval of Class Action Settlement and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses; Final Judgment (Documents No. 104) which was entered on July 31, 2012.

Respectfully submitted,

*Sherri Johnson*
Sherri Johnson,
2602 McKinney Avenue, Suite 210
Dallas, TX 75204
Phone: (214) 522-5222
Fax: (214) 855-7878

*NOTICE OF APPEAL.*                                                               1

_____
Janis Johnson,
2602 McKinney Avenue, Suite 210
Dallas, TX 75204
Phone: (214) 522-5222
Fax: (214) 855-7878

_____
Jenny Iriarte
2602 McKinney Avenue, Suite 210
Dallas, TX 75204
Phone: (214) 522-5222
Fax: (214) 855-7878

_____
Katie Sibley
2602 McKinney Avenue, Suite 210
Dallas, TX 75204
Phone: (214) 522-5222
Fax: (214) 855-7878

_____
Daniel Sibley
2602 McKinney Avenue, Suite 210
Dallas, TX 75204
Phone: (214) 522-5222
Fax: (214) 855-7878

_____
Gary W. Sibley
Sate Bar No. 18337700
2602 McKinney Avenue, Suite 210
Dallas, TX 75204
Phone: (214) 522-5222
Fax: (214) 855-7878

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon the following by Federal Express to the Clerk of Court and regular mail on August 28, 2012.

Clerk of Court
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room
Trenton, New Jersey 08608

Joseph P. Guglielmo
SCOTT+SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110

James E. Cecchi
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068

Keith E. Eggleton
Colleen Bal
Dale R. Bish
WILSON SONSINI GOODRICH & ROSATI PC
650 Page Mill Road
Palo Alto, CA 94304-1050

# THE SIBLEY FIRM
### Attorneys and Counselors

August 28, 2012

Clerk of Court
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room
Trenton, New Jersey 08608

      Re:    Nutella Marketing and Sales Practices Litigation
               United States District Court. District of New Jersey
               Cause No 3:11-cv-01086-FLW-DEA

**RECEIVED**

AUG 2 9 2012

AT 8:30_____M
WILLIAM T. WALSH, CLERK

Dear Sir or Madam:

    Enclosed please find one original and two copies of the Notice of Appeal to the U.S. Court of Appeals for the Third Circuit and a check for $455.00 for filing. Please return a file stamped copy of the Notice of Appeal to this office for our file in the enclosed self addressed, stamped envelope.

    Thank you very much for your assistance with this matter.

                                           Sincerely,

                                           Gary W. Sibley

GWS/ji
Enclosures
cc: Joseph P. Guglielmo
SCOTT+SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110

James E. Cecchi
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068

# THE SIBLEY FIRM
### Attorneys and Counselors

Keith E. Eggleton
Colleen Bal
Dale R. Bish
WILSON SONSINI GOODRICH & ROSATI PC
650 Page Mill Road
Palo Alto, CA 94304-1050

Akard Plaza • 2414 North Akard Street • Suite 700 • Dallas, Texas 75201
Tel: 214-522-5222 • Fax: 214-855-7878