# THE SIBLEY FIRM
### Attorneys and Counselors

June___, 2013

CLERK, U.S. DI[STRICT COURT]
DISTRICT OF [NEW JERSEY]
RECE[IVED]

2013 JUL 15

Clerk of Court
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

   Re: Nutella Marketing and Sales Practices Litigation
      United States District Court. District of New Jersey
      Cause No 3:11-cv-01086-FLW-DEA

Dear Sir or Madam:

  Enclosed please find one original and two copies of Objector's Janis Johnson Amended Notice of Appeal for filing. Please return a file stamped copy of the Amended Notice of Appeal to this office for our file in the enclosed self addressed, stamped envelope.

  Thank you very much for your assistance with this matter.

                 Sincerely,

                 Gary W. Sibley

GWS/ji
Enclosures.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>NUTELLA MARKETING AND SALES PRACTICES LITIGATION | Case No.: 3:11-cv-01086-FLW-DEA<br>Hon. Freda L. Wolfson<br>United States District Court |

## AMENDED NOTICE OF APPEAL

To The Honorable District Judge:

Notice is given by Janis Johnson, Objector - Appellant in the above named case, that she appeals the Letter Order (Doc. # 122) and Order 141 to the United States Court of Appeals for the Third Circuit. A copy of Order 141 signed and entered on June 6, 2013, is attached to this Amended Notice of Appeal.

Date: June ____, 2013.

Respectfully submitted,

_____
Janis Johnson
2602 McKinney Avenue, Suite 210
Dallas, TX 75204
Phone: (214) 522-5222
Fax: (214) 855-7878

*AMENDED NOTICE OF APPEAL.*                                                                 1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document has been served upon the following by regular mail to the Clerk of Court on June ___, 2013.

Clerk of Court
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

Joseph P. Guglielmo
SCOTT+SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110

James E. Cecchi
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068

Keith E. Eggleton
Colleen Bal
Dale R. Bish
WILSON SONSINI GOODRICH & ROSATI PC
650 Page Mill Road
Palo Alto, CA 94304-1050

Clark Hampe
4063 Dunhaven
Dallas, Texas 75220