# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

---

Nos. 12-3456, 12-3457 and 12-4629

---

In re: NUTELLA MARKETING AND SALES PRACTICES LITIGATION

*JANIS JOHNSON,

                              Appellant in case No. 12-3456.

*(Pursuant to Rule 12(a), Fed. R. App. P. and Court Order dated 05/28/14)


IN RE: NUTELLA MARKETING AND SALES PRACTICES LITIGATION

*AGATHA BOCHENEK; *BRANDON GOODMAN; *EDWARD HAGELE,

                              Appellants in case No. 12-3457

*(Pursuant to Rule 12(a), Fed. R. App. P.)


IN RE: NUTELLA MARKETING AND SALES PRACTICES LITIGATION

*JANIS JOHNSON,

                              Appellant in case No. 12-4629

*(Pursuant to Fed. R. App. P. 12(a))

---

On Appeal from the United States District Court
for the District of New Jersey
(District Court No.: 3-11-cv-01086)
District Court Judge: Honorable Freda L. Wolfson

---

Submitted under Third Circuit LAR 34.1(a)
September 11, 2014

Before: RENDELL, GREENAWAY, JR. and SLOVITER, Circuit Judges

## JUDGMENT

These cases came on to be heard on the record from the United States District Court for the District of New Jersey and were submitted under Third Circuit LAR 34.1(a) on September 11, 2014.

On consideration whereof,

**IT IS ORDERED and ADJUDGED** by this Court that the Judgments of the District Court entered July 31, 2012, and November 20, 2012, be and the same, are hereby, **AFFIRMED**.

Costs taxed against appellants.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk of Court

Dated: September 29, 2014

Costs taxed in favor of Appellees as follows:

Brief........................ $183.40
Sup. Appendix...... $504.00
_____
TOTAL................... $687.40

Certified as a true copy and issued in lieu of a formal mandate on   11/12/2014

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**