| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>Donald E. Ecklund<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO<br>5 Becker Farm Rd.<br>Roseland, NJ 07068<br>(973) 994-1700 | Joseph P. Guglielmo<br>SCOTT+SCOTT, ATTORNEYS AT LAW, LLP<br>The Chrysler Building<br>405 Lexington Ave., 40th Floor<br>New York, NY 10174<br>(212) 223-6444 |

Christopher M. Burke
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
(619) 233-4565

*Counsel for Plaintiffs and Class Counsel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>NUTELLA MARKETING AND SALES PRACTICES LITIGATION | Civil Action No. 11-1086(FLW)(DEA)<br><br>**NOTICE OF MOTION** |

To: All Persons on ECF Service List

PLEASE TAKE NOTICE that on Monday, March 21, 2016, at 10 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs Marnie Glover and Jayme Kaczmarek shall move before Hon. Freda L. Wolfson, U.S.D.J. at the United States Courthouse, 402 East State Street, Trenton, New Jersey for an Order approving: (1) the final accounting of the settlement proceeds; and (2) payment of the undisbursed settlement proceeds of $360,904.92, to the proposed *cy pres* beneficiaries: (i) Consumer Federation of America ("CFA"); and (ii) National Consumer Law Center ("NCLC"); and (iii) America's Grow a Row, in accordance with the terms of the Settlement Agreement dated January 10, 2012, that was

finally approved by this Court on July 31, 2012. Defendant consents to the relief sought in this motion.

The undersigned intends to rely upon the annexed Brief, and the Declarations of Mark Cowen, Stephen Brobeck, Chip Paillex, and Richard E. Dubois.

The undersigned hereby requests oral argument in the event timely opposition papers are filed.

                                              CARELLA, BYRNE, CECCHI,
                                              OLSTEIN, BRODY & AGNELLO
                                              *Counsel for Plaintiff Kaczmarek and Class Counsel*

                                          By:    /s/ Lindsey H. Taylor
                                                         LINDSEY H. TAYLOR

Dated: February 17, 2016

Christopher M. Burke
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
(619) 233-4565

Joseph P. Guglielmo
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Ave., 40th Floor
New York, NY 10174
(212) 223-6444

*Counsel for Plaintiff Glover and Class Counsel*